Rivera v Bhuiyan (2024 NY Slip Op 00153)

Rivera v Bhuiyan

2024 NY Slip Op 00153

Decided on January 11, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 11, 2024

Before: Renwick, P.J., Manzanet-Daniels, González, Rodriguez, Pitt-Burke, JJ. 

Index No. 25912/15 Appeal No. 1408-1409 Case No. 2023-01433, 2023-02132 

[*1]Ennigier Rivera, Plaintiff-Respondent,
v
MD. LR. Bhuiyan et al., Defendants, Ning Lin, M.D., et al., Defendants-Appellants.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, Bronx County (Joseph E. Capella, J.), entered on or about October 12, 2022,
And said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated December 05, 2023,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: January 11, 2024